COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Terence Nathaniel Tompkins v. The State of Texas

Appellate case number:     01-12-00592-CR

Trial court case number:     1337275

Trial court:     232nd District Court of Harris County

This case was abated and remanded to the trial court on September 17, 2012. In the order of abatement, we directed the trial court to determine whether appellant had orally waived the right to appeal, execute an amended certification of appellant's right to appeal, determine whether Randy Martin intended to represent appellant on appeal, and, if Randy Martin did not intent to represent him, appoint new counsel. The trial court held a hearing on our abatement order on October 3, 2012, and the reporter's record of the hearing and a supplemental clerk's record have been filed with this Court. The supplemental records contain the trial court's finding that appellant did not orally waive his right to appeal, an amended certification showing that appellant has the right to appeal, and an order appointing Patti Sedita to represent appellant on appeal. Accordingly, we REINSTATE this case on the Court's active docket.

The reporter's record is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 35.2, 35.3(c).

Appellant's brief is ORDERED to be filed within 30 days of the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: _____

☐ Acting individually     ☐ Acting for the Court

Date: _____